## IN RE MICHAEL C.

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 923 (AC 14685), is denied.

*Grace A. Cavero*, assistant public defender, in support of the petition.

*Bruce A. Tonkonow*, juvenile prosecutor, in opposition.

Decided May 8, 1997

## STATE OF CONNECTICUT *v.* JAMES E. HOLLEY

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 928 (AC 15363), is denied.

*Elizabeth Inkster*, assistant public defender, in support of the petition.

*Mitchell S. Brody*, assistant state's attorney, in opposition.

Decided May 8, 1997

## MANHATTAN REALTY ASSOCIATES *v.* PAUL KOZLOWSKI ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 16292) is denied.

BERDON, J., dissenting. I would grant the defendants' petition for certification to appeal.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Max F. Brunswick*, in support of the petition.

Decided May 29, 1997